```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10   FRANK KAATZ,
11           Petitioner,                    No. 2:12-cv-2050 JFM (HC)
12       vs.
13   CALIFORNIA SUPREME COURT,
14           Respondent.                    ORDER
15   _____/
```

16     Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of
17 habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the filing fee for this
18 action nor filed an application to proceed in forma pauperis.
19     The application attacks a conviction issued by the Los Angeles County Superior
20 Court. While both this Court and the United States District Court in the district where petitioner
21 was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973),
22 any and all witnesses and evidence necessary for the resolution of petitioner's application are
23 more readily available in Los Angeles County. Id. at 499 n.15; 28 U.S.C. § 2241(d).
24 /////
25 /////
26 /////

1

1         Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2 action is transferred to the United States District Court for the Central District of California.
3 DATED: August 20, 2012.

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE

12/mp
kaat2050.108

2